UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-332-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMIE BROOKS FRANKLIN | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on 3 July 2018 be sealed until further order of the court.

SO ORDERED.

This the 11 day of July, 2018.

                                                          Honorable James C. Dever III
                                                          Chief United States District Judge